IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Jason Busby, #45926, | ) |
|             Plaintiff, | ) Civil Action Number: 9:08-3374-HMH-BM |
| v. | ) |
| Curtis Bufford, official and individual capacities, | ) |
|             Defendant. | ) |
| Eric Anthony Brown, #74342, | ) Civil Action Number: 9:08-3473-HMH-BM |
|             Plaintiff, | ) |
| v. | ) |
| Lt. Curtis Bufford and Officer Kevin Williams, in their official and individual capacities, | ) |
|             Defendant. | ) |
| Wilbert D. Guider, #110461, | ) Civil Action Number: 9:08-3474-HMH-BM |
|             Plaintiff, | ) |
| v. | ) |
| Kevin Williams and Curtis Bufford, individual and official capacities, | ) |
|             Defendants. | ) |

| | |
|---|---|
| Donald Le'Shaun Parker, #58761, | ) |
| | ) Civil Action Number: 9:08-3475-HMH-BM |
| Plaintiff, | ) |
| v. | ) |
| Lt. Curtis Bufford and Kevin Williams, official and individual capacities | ) |
| Defendants. | ) |
| | ) Civil Action Number: 9:08-3476-HMH-BM |
| Corey Danyell Brown, #67998, | ) |
| Plaintiff, | ) |
| v. | ) |
| Lt. Curtis Bufford and Kevin Williams, official and individual capacities, | ) |
| Defendants. | ) |
| Willie Bright, #106222, | ) |
| | ) Civil Action Number: 9:08-3520-HMH-BM |
| Plaintiff, | ) |
| v. | ) |
| Curtis Bufford and Kevin Williams, official and individual capacities, | ) |
| Defendants. | ) |



| | )  |
|---|---|
| Herbert Scott, Jr., #46068, | ) Civil Action Number: 9:08-3523-HMH-BM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Curtis Bufford and Harold Walker, | ) |
| official and individual capacities, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| Dennis Lavern Jacobs, #54591, | ) Civil Action Number: 9:08-3526-HMH-BM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Curtis Bufford and Kevin Williams, | ) |
| official and individual capacities, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**OPINION AND ORDER**

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the

recommendation of the magistrate judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (2006).

The Plaintiffs filed no objections to the Report and Recommendation. In the absence of objections to the magistrate judge's Report and Recommendation, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). The court must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Marchant's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that Willie Bright and Dennis Jacobs are dismissed, with prejudice, as party Plaintiffs in this case in accordance with Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
August 25, 2009

### NOTICE OF RIGHT TO APPEAL

The Plaintiffs are hereby notified that they have the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.